IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA BOYD**  PLAINTIFF

v.  CASE NO. 3:20-CV-00394-BSM

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*  DEFENDANT

### ORDER

After *de novo* review of the record, the recommended disposition from United States Magistrate Judge J. Thomas Ray [Doc. No. 15] is adopted. The commissioner's decision is affirmed and Tonya Boyd's case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE