IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA BOYD**                                                                                   **PLAINTIFF**

v.                                    CASE NO. 3:20-CV-00394-BSM

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE